No. A–479.   CAPPAERT ENTERPRISES v. CITIZENS & SOUTHERN INTERNATIONAL BANK OF NEW ORLEANS. C. A. 5th Cir.   Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–509 (81–954).   FIRST PENTECOSTAL CHURCH v. UNITED STATES.   C. A. 5th Cir.   Application for stay and recall of mandate, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied.

No. 83, Orig.   MARYLAND ET AL. v. LOUISIANA.   Motion of the Special Master to be discharged is granted, and it is ordered that John F. Davis, Esquire, be discharged as Special Master.   JUSTICE POWELL took no part in the consideration or decision of this motion.   [For earlier order herein, see, e. g., ante, p. 809.]

No. 80–1002.   BOARD OF EDUCATION OF THE HENDRICK HUDSON CENTRAL SCHOOL DISTRICT, WESTCHESTER COUNTY, ET AL. v. ROWLEY, BY HER PARENTS, ROWLEY ET UX.   C. A. 2d Cir.   [Certiorari granted, ante, p. 961.]   Motion of petitioners for divided argument and for additional time for oral argument denied.

No. 80–1045.   JACKSONVILLE BULK TERMINALS, INC., ET AL. v. INTERNATIONAL LONGSHOREMEN'S ASSN. ET AL. C. A. 5th Cir.   [Certiorari granted, 450 U. S. 1029]; and

No. 80–1663.   INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL. v. ALLIED INTERNATIONAL, INC.   C. A. 1st Cir.   [Certiorari granted, ante, p. 814.]   Motion of International Longshoremen's Association et al. for divided argument to permit American Federation of Labor and Congress of Industrial Organizations to present oral argument as amicus curiae denied.